CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo**<br>Plaintiff,<br>v.<br>**CA Folsom Owner LLC**, a Delaware Limited Liability Company;<br>Defendants, | Case: 2:21-cv-00265-JAM-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties.

Dated: June 30, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: June 30, 2021 GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jan Buddingh, Jr.
Jan Buddingh, Jr.
Attorneys for Defendant
CA Folsom Owner LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr, counsel for CA Folsom Owner LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 30, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff