CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JAN BUDDINGH, JR (SBN: 113740)
jbuddingh@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Attorney for Defendant
CA Folsom Owner LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAFAEL ARROYO

Plaintiff,

v.

CA FOLSOM OWNER LLC, a Delaware Limited Liability Company;

Defendants,

Case: 2:21-cv-00265-JAM-CKD

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed **with prejudice** as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 01, 2021

CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: August 01, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Jan Buddingh, Jr___ ____________
Jan Buddingh, Jr
Attorneys for Defendant
CA Folsom Owner LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr, counsel for CA Folsom Owner LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 01, 2021

CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff